UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TERRY W. GIBSON,<br><br>                Plaintiff,<br><br>   v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>                Defendant. | CASE NO. C18-5953 BHS<br><br>ORDER DENYING THE PARTIES' STIPULATED MOTION AND PROPOSED ORDER CONTINUING TRIAL DATE AND AMENDING CASE SCHEDULE |

This matter comes before the Court on the parties' stipulated motion and proposed order continuing trial date and amending case schedule. Dkt. 15.

On March 8, 2019, the Court issued a scheduling order setting pretrial deadlines and a trial date. Dkt. 14. On July 17, 2019, the parties filed the instant motion requesting an approximately four-month extension of the trial date and corresponding extensions of the remaining deadlines because the parties would like additional time to complete discovery and pursue settlement. Dkt. 15. "A schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). A general request for more time to complete discovery and to pursue settlement does not establish good cause

to modify the scheduling order. Instead, the Court requires an actual discovery dispute that the parties are unable to resolve in the allotted time, a scheduled mediation that actually interferes with impending deadlines, or some other reason supported by facts that explain why the present schedule should be amended. The parties' bare request without supporting facts is insufficient. Thus, the Court **DENIES** the parties' motion because they have failed to establish good cause.

**IT IS SO ORDERED**.

Dated this 18th day of July, 2019.

BENJAMIN H. SETTLE
United States District Judge